# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLINT GREGORY GAYLE                                    NO.   2022 CW 0228

VERSUS

CANDICE HOLLEY                                        **JUNE 7, 2022**

---

In Re:    Clint Gregory Gayle, applying for supervisory writs,
          Family Court in and for the Parish of East Baton
          Rouge, No. 208,981.

---

**BEFORE:    McDONALD, THERIOT, CHUTZ, LANIER, AND HESTER, JJ.**

   **WRIT GRANTED.**   The judgment signed on March 4, 2022 that
denied Clint Gregory Gayle's motion to recuse Judge Erika Green
is reversed.   Based on the testimony and evidence of Judge
Green's prior association with counsel, Ebony Cavalier, Mr.
Gayle demonstrated that there exists a substantial and objective
basis that would reasonably be expected to prevent Judge Green
from conducting any aspect of the cause in a fair and impartial
manner.   La. Code Civ. P. art. 151(B).   Accordingly, the motion
to recuse Judge Erika Green is granted.

                            **JMM**
                            **WIL**
                            **CHH**

   **Theriot and Chutz, JJ.**, dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

<u>        *a.Sn*        </u>
DEPUTY CLERK OF COURT
     FOR THE COURT